# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:04CV620

| | |
|---|---|
| TASER INTERNATIONAL, INC., )<br>　　　　Plaintiff　　　　　　　　　) <br>　　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　) <br>STINGER SYSTEMS, INC., a corporation, ) <br>and ROBERT F. GRUDER, a North Carolina ) <br>resident,　　　　　　　　　　　　) <br>　　　　Defendants.　　　　　　　) <br>　　　　　　　　　　　　　　　　) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Pro Hac Vice Admission"(Document No. __), filed June 6, 2005 by Stinger Systems, Inc. ("Stinger") and Robert F. Gruder. Upon careful review and consideration, and noting that Robert E. Chudakoff with the law firm of Ulmer & Berne, LLP has already paid the admission fee to the Clerk of Court, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Motion for Pro Hac Vice Admission"(Document No. __) is **GRANTED**.

**Signed: June 13, 2005**

David C. Keesler
United States Magistrate Judge