# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO: 3:04CV620

| | |
|---|---|
| TASER INTERNATIONAL, INC., )<br>    Plaintiff )<br>)<br>vs. )<br>)<br>STINGER SYSTEMS, INC., a corporation, )<br>and ROBERT F. GRUDER, a North Carolina )<br>resident, )<br>    Defendants. )<br><br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** in preliminary response to the "Plaintiff's Motion to Compel Discovery" ("Motion to Compel") (Document No. 42), filed July 19, 2005 by Taser International, Inc. ("Taser"); the "Defendants' Motion for Protective Order" ("Motion for Protective Order") (Document No. 43) and the "Defendants' Memorandum in Support ..." (Document No. 44), both filed August 5, 2005 by Stinger Systems, Inc. ("Stinger Systems") and Robert F. Gruder; the "Plaintiff's Response to Defendants' Motion for Protective Order" (Document No. 45), filed August 19, 2005 by Taser; and the "Defendants' Reply Memorandum in Support of Motion for Protective Order and Opposing Plaintiff's Motion to Compel Discovery" (Document No. 46), filed August 29, 2005 by Stinger Systems and Mr. Gruder. A hearing on the Motion to Compel and Motion for Protective Order shall be held in front of the undersigned on **Tuesday, October 11, 2005**. The parties will be contacted by the Court with respect to the time of such hearing.

    **IT IS SO ORDERED**.

**Signed: September 8, 2005**

_____
David C. Keesler
United States Magistrate Judge