# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO: 3:04CV620

| | | |
|---|---|---|
| **TASER INTERNATIONAL, INC.,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **STINGER SYSTEMS, INC., a corporation,** | ) | |
| **and ROBERT F. GRUDER, a North Carolina** | ) | |
| **resident,** | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Pro Hac Vice Admission"(Document No. 51) and the "Motion for Pro Hac Vice Admission"(Document No. 52), both filed October 7, 2005 by Stinger Systems, Inc. and Robert F. Gruder and pertaining to Caryn G. Schechtman and Andrew Deutsch respectively. Upon careful review and consideration, this Court will grant the Motions.

**IT IS, THEREFORE, ORDERED** that the "Motion for Pro Hac Vice Admission" (Document No. 51) and the "Motion for Pro Hac Vice Admission"(Document No. 52) are **GRANTED**.

**IT IS FURTHER ORDERED** that, in accordance with Rule 83.1(B) of this Court's Local Rules of Civil Procedure, Mr. Deutsch and Ms. Schectman each pay the admission fee of **ONE HUNDRED AND NO/100 DOLLARS ($100.00)** to the Clerk of Court within ten (10) days from the date of the filing of this Order.

**Signed: October 7, 2005**

David C. Keesler
United States Magistrate Judge