**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO: 3:04CV620**

| | | |
|---|---|---|
| **TASER INTERNATIONAL, INC.,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | <u>**ORDER**</u> |
| | ) | <u>    </u> |
| **STINGER SYSTEMS, INC., a corporation,** | ) | |
| **and ROBERT F. GRUDER, a North Carolina** | ) | |
| **resident,** | ) | |
| **Defendants.** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Plaintiff's Motion to Compel Discovery" ("Motion to Compel") (Document No. 42), filed July 19, 2005 by Taser International, Inc. ("Taser"); the "Defendants' Motion for Protective Order" ("Motion for Protective Order") (Document No. 43) and the "Defendants' Memorandum in Support of Motion for Protective Order and Opposing Plaintiff's Motion to Compel Discovery" (Document No. 44), both filed August 5, 2005 by Stinger Systems, Inc. ("Stinger") and Robert F. Gruder; the "Plaintiff's Response to Defendants' Motion for Protective Order" (Document No. 45), filed August 19, 2005 by Taser; and the "Defendants' Reply Memorandum ..." (Document No. 46), filed August 26, 2005 by Stinger and Mr. Gruder. As explained further during the hearing held Tuesday, October 11, 2005, the undersigned will require the parties to confer with respect to the pending motions and – by Tuesday, October 18, 2005 – to file, jointly if possible, a status report and a draft protective order.

      **IT IS, THEREFORE, ORDERED** that the parties hold a conference or conferences with respect to the pending motions and file, jointly if possible, a status report and a draft protective order by **Tuesday, October 18, 2005**. The Court expects a good faith effort by the parties to resolve – or at least narrow significantly – the outstanding disputes.

**Signed: October 12, 2005**

David C. Keesler
United States Magistrate Judge