# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:04CV620

| | |
|---|---|
| **TASER INTERNATIONAL, INC.,** )<br>    **Plaintiff** )<br>)<br>vs. )<br>)<br>**STINGER SYSTEMS, INC.**, a corporation, )<br>and **ROBERT F. GRUDER**, a North Carolina )<br>resident, )<br>    **Defendants.** )<br>_____ ) | **ORDER** _____ |

**THIS MATTER IS BEFORE THE COURT** on the "Motion for *Pro Hac Vice* Admission" (Document No. 65), filed December 27, 2005 by counsel for Stinger Systems, Inc. and Robert F. Gruder on behalf of Stephen P. Davidson. For good cause shown, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Motion for *Pro Hac Vice* Admission" (Document No. 65) is **GRANTED**.

**IT IS FURTHER ORDERED** that, in accordance with Rule 83.1(B) of this Court's Local Rules of Civil Procedure, Mr. Davidson pay the admission fee of **ONE HUNDRED AND NO/100 DOLLARS ($100.00)** to the Clerk of Court within ten (10) days from the date of the filing of this Order.

**Signed: December 27, 2005**

---
David C. Keesler
United States Magistrate Judge