IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:04 CV 620-K

TASER INTERNATIONAL, INC., a Delaware )
corporation, )
 )
    Plaintiff, )
 )
v. ) ORDER ON JOINT MOTION
 ) FOR STATUS CONFERENCE
STINGER SYSTEMS, INC., a corporation, and )
ROBERT F. GRUDER, a North Carolina )
resident, )
 )
    Defendants. )

This matter is before the Court on a Joint Motion for Status Conference pursuant to Rule 16(a) of the Federal Rules of Civil Procedure. It appearing to the Court from the record and the motion that a status conference would expedite the disposition of this action and offer the opportunity to facilitate the settlement of the case, it is hereby ORDERED that attorneys for the parties shall appear in the chambers of the undersigned (Room 168, U.S. Courthouse, 401 West Trade Street, Charlotte, North Carolina) on **Thursday, November 2, 2006 at 10:30 a.m.** for a status conference.

Signed: October 13, 2006

David C. Keesler
United States Magistrate Judge